IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WILLIAM J. BIGGS AND BETTY BIGGS,

    Defendants.

CIV S-04-1263-FCD-PAN

MODIFIED SCHEDULING ORDER

    For good cause shown the November 9, 2005 SCHEDULING ORDER is modified by extending the pretrial dates as follows:

    September 11, 2006    Discovery cutoff

    October 26, 2006    Deadline to file dispositive motions

    March <u>8</u>, 2007, at <u>11:00 a.m.</u>  Pretrial Conference (Ctrm. 25)

    <u>June</u> <u>5</u>, 2007, at <u>9:00 a.m.</u>  Trial (Ctrm. 2)

DATED: April 24, 2006.

                                    /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE