1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,

11                    Plaintiff,                    CIV S-04-1263 FCD PAN (GGH) PS

12             v.

13    WILLIAM J. BIGGS AND                                    ORDER
      BETTY BIGGS,
14
                      Defendants.
15    _____

16             On June 30, 2006, defendant William Biggs filed an "Application for

17    Extension of Time" seeking an additional sixty days within which to respond to plaintiff's

18    motion for default judgment, scheduled for hearing on July 20, 2006.  Defendant's request is

19    denied without prejudice to the court's reconsideration of the request upon hearing the merits of

20    plaintiff's motion.  All parties are directed to attend the hearing on July 20, 2006, at 10:00 a.m.,

21    in Courtroom No. 24.

22    DATED: 7/11/06

23                                           /s/ Gregory G. Hollows
                                             _____
24                                           GREGORY G. HOLLOWS
                                             U. S. MAGISTRATE JUDGE
25    NOW6:BIGGS.deny req. ext

26