UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | CIV S-04-1263 FCD PAN (GGH) PS |
| | v. | |
| WILLIAM J. BIGGS AND BETTY BIGGS, | | ORDER |
| | Defendants. | |
| _____/ | | |

      Plaintiff and defendant William Biggs appeared before this court on July 20, 2006, for consideration of plaintiff's motion for default judgment filed June 8, 2006.  For the reasons set forth on the record, plaintiff's motion is denied without prejudice to plaintiff filing, within thirty days, an amended complaint, a separate complaint, or another acceptable means and procedure for resolving the matters addressed in plaintiff's motion for default judgment.

DATED: 7/25/06

                                          /s/ Gregory G. Hollows
                                          _____
                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

NOW6:BIGGS.30 days