IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA; and
NINE NAMED FEDERAL EMPLOYEES,

    Plaintiffs,                                        CIV. NO. S- 04-1263 FCD GGH PS

    vs.

WILLIAM J. BIGGS and BETTY BIGGS,

    Defendants.                                  ORDER
_____/

        Defendant William Biggs has filed a request for an extension of sixty days in which to file an opposition to the government's motion for summary judgment. The government filed its motion on October 27, 2006, noticing it for hearing on January 25, 2007, thereby initially giving Biggs extra time to respond to its motion. Although the government does not oppose Biggs' request for extra time, it acknowledges that a grant of the request will necessitate modification of the scheduling order. The scheduling order has previously been modified in this 2004 case. Moreover, Biggs' reason for needing more time, that he must travel sixty miles each way to a law library to prepare an opposition, does not explain why he could not travel to the law library between October 27, 2006, and January 11, 2007, the current filing deadline for opposition. Therefore, Biggs' request will be granted only insofar as it allows him time to receive this denial and file his opposition.

1  Accordingly,  IT IS HEREBY ORDERED that:

2  1. Biggs' request for extension of time to respond to the government's motion for

3  summary judgment is granted in part.  His opposition shall be filed by January 25, 2007.

4  2. The government's reply, if any, shall be filed by February 1, 2007.

5  3. The hearing on the government's motion is continued to February 8, 2007 at

6  10:00 a.m.

7  DATED: 1/8/07                                              /s/ Gregory G. Hollows

8                                        GREGORY G. HOLLOWS
                                      U. S. MAGISTRATE JUDGE

9  GGH:076:USBiggs1263.eot.wpd

2