IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA; and
NINE NAMED FEDERAL EMPLOYEES,

      Plaintiffs,                      CIV. NO. S- 04-1263 FCD GGH PS

   vs.

WILLIAM J. BIGGS and BETTY BIGGS,

      Defendants.                   ORDER
_____/

        Defendant William Biggs has filed a request for extension of sixty days in which to file a objections to this court's findings and recommendations. Biggs' request will be granted in part.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Biggs' request for extension of time to file objections to the findings and recommendations is granted in part. Objections shall be filed within thirty days of this order.

        2. The government's reply, if any, shall be filed within ten days after service of the objections.

DATED: 12/6/07                                    /s/ Gregory G. Hollows
                                                                     GREGORY G. HOLLOWS
                                                                     U. S. MAGISTRATE JUDGE

GGH:076:USBiggs1263.36.wpd